IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                              PLAINTIFF

v.                              No. 3:15-cv-224-DPM

KIM MUSE, Secretary,
Poinsett County Detention Center                                     DEFENDANT

JUDGMENT

Addison's complaint is dismissed without prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

20 August 2015